THE BUFFALO AND JAMESTOWN RAILROAD COMPANY, Respondents, *v.* JOSEPHUS H. CLARK, Appellant.

THIS case presented the same questions and was argued and decided with the *B. & J. R. R. Co.* v. *Gifford, ante,* p. 294.